# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>JEROME J. MACK, et al.,<br><br>Defendants. | Case No. 1:18-cv-01504-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED**<br><br>**(Docs. 2, 5)**<br><br>**21-DAY DEADLINE** |

Plaintiff filed a motion to proceed *in forma pauperis* along with this civil rights action pursuant to 42 U.S.C. § 1983. However, it appears that it may be inappropriate to grant Plaintiff's motion because the statement of Plaintiff's inmate account provided by the CDCR indicates that less than a month prior to filing this action, Plaintiff had over $500 at his disposal to pay the filing fee. Instead, Plaintiff spent nearly $400 the same day he signed the Complaint and the day before he filed this action.

Proceeding "*in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed *IFP*, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Doe v. Educ. Enrichment Sys.*, No. 15cv2628-MMA (MDD), 2015

1

U.S. Dist. LEXIS 173063, *2 (S.D. Cal. Dec. 30, 2015) (citing *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984)). "[T]he court shall dismiss the case at any time if the court determines the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A). It appears that Plaintiff has had sufficient funds over the last several months to be required to pay the filing fee in full to proceed in this action, but chose to spend his money elsewhere.

Accordingly, **within 21 days** of the date of service of this order, Plaintiff **SHALL** show cause why his motion to proceed *in forma pauperis* should not be denied and this action dismissed without prejudice to refiling with prepayment of the filing fee; alternatively, Plaintiff may file a notice of voluntary dismissal or pay the filing fee.

**Failure to respond to this order will result in dismissal for failure to obey a court order.**

IT IS SO ORDERED.

Dated: __November 11, 2018__       /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE